UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

TAMMY MARIE HAAS and CONRAD SZCZPANIAK, individually and on behalf of a class of similarly situated individuals,

    Plaintiffs,

v.

BURLINGTON COUNTY, et al.,

    Defendants.

Civil No. 08-1102 (NLH/JS)

**AMENDED ORDER**

**HILLMAN**, **District Judge**

    For the reasons expressed in the Court's Opinion filed today,

    IT IS on this   1st   day of     February    , 2019

    **ORDERED** that Plaintiffs' Motion for Final Class Action Approval [363] is hereby **GRANTED**, the settlement agreement of October 4, 2017 between the parties is hereby **APPROVED**, and this shall be considered a **FINAL ORDER**, with the exceptions noted below; and it is further

    **ORDERED** that all claims received by Strategic Claim Services at or before 5 PM on January 16, 2019 shall be deemed **TIMELY**; and it is further

    **ORDERED** that all claims received by Strategic Claim Services after 5 PM on January 16, 2019 shall be deemed **UNTIMELY**

and shall be **DENIED**; and it is further

**ORDERED** that the 1,778 claimants agreed upon by the parties shall be paid $400.00 each and payment shall be mailed within sixty (60) days of this Order; and it is further

**ORDERED** that Plaintiff Conrad Szczpaniak's incentive award of $30,000.00 is hereby **APPROVED**; and it is further

**ORDERED** that Plaintiff Tammy Marie Haas's Motion Seeking Incentive Award [365] is hereby **GRANTED** and Plaintiff Haas's incentive award of $50,000.00 is hereby **APPROVED;** and it is further

**ORDERED** that Plaintiff Szczpaniak and Haas's incentive awards shall be paid within sixty (60) days of this Order; and it is further

**ORDERED** that within forty (40) days of this Order:

- The County of Burlington shall provide Plaintiffs' counsel with a list of individuals from the disputed list or the unidentified list whom it agrees are valid claimants, if any;
- The County of Burlington shall provide to Plaintiffs' counsel a list of all claimants it contends are not qualified to make a claim from either the disputed list or unidentified list;
- The County of Burlington shall provide evidence of charge to Plaintiffs' counsel and a certification from the Warden

- if it contends that those on neither list never entered the facility; and

- The parties and their counsel agree that any documents/information/evidence produced or provided by any party as part of the process of reviewing, disputing, or confirming disputed claims, including National Crime Information Center documents/data and inmate file documents/information, are designated as "Confidential" and are subject to the terms and conditions of the Confidentiality Order entered by this Court on April 3, 2013; and it is further

**ORDERED** that within sixty (60) days of the date of this Order, counsel shall meet and confer in good faith to resolve any remaining disputed claims; and it is further

**ORDERED** that all additional agreed claims shall be paid within ninety (90) days of this Order; and it is further

**ORDERED** that any disputed or unidentified claimants not resolved after counsel has met and conferred shall be submitted to the Hon. Joel Schneider, U.S.M.J. for final resolution within ninety (90) days and that Magistrate Judge Schneider shall issue an Order to be served on all claimants who are denied a claim and directing payment to valid claimants; and it is further

**ORDERED** that Strategic Claims Services is authorized to escrow $400.00 for each of the 613 disputed and unidentified

claimants, totaling $245,200.00 pending resolution of those claims; and it is further

**ORDERED** that total attorneys' fees in the amount of $900,000.00 and reimbursable expenses in the amount of $25,000.00 are hereby **APPROVED**; and it is further

**ORDERED** that the total fees and expenses submitted by Strategic Claims Services, up to $300,000.00, are hereby **APPROVED**; and it is further

**ORDERED** that the Motions for Attorneys' Fees and Expenses [364, 366] are hereby **REFERRED** to Magistrate Judge Schneider for further resolution pursuant to Federal Rule of Civil Procedure 23(h)(4); and it is further

**ORDERED** that if Magistrate Judge Schneider cannot resolve the pending motions for fees, the Court will appoint a Special Master to issue a Report and Recommendation concerning the motions, as further expounded by the Court on the record at the January 16, 2019 final fairness hearing, with the fees for the Special Master to be paid from the approved fund for attorneys' fees; and it is further

**ORDERED** that within ninety (90) days this Order, the parties shall file a written status letter identifying all remaining issues, if any, which require resolution.

At Camden, New Jersey

s/ Noel L. Hillman
NOEL L. HILLMAN, U.S.D.J.