**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

TAMMY MARIE HAAS and CONRAD
SZCZPANIAK, individually and
on behalf of a class of
similarly situated
individuals,

      Plaintiffs,

   v.

BURLINGTON COUNTY, et al.,

      Defendants.

Civil No. 08-1102 (NLH/JS)

**ORDER**

**HILLMAN, District Judge**

For the reasons expressed in the Court's Opinion filed today,

IT IS on this __24th__ day of __September__, 2019

**ORDERED** that Magistrate Judge Schneider's Report and Recommendation (Docket No. 441) is **APPROVED** and **ADOPTED** in its entirety; and it is further

**ORDERED** Class Counsels'[1] Motions for Attorneys' Fees (Docket Nos. 364 and 366) be, and the same hereby are, **GRANTED IN PART**

---

[1] There are two factions of class counsel involved in this case. The first group includes Attorneys Carl Poplar and William Riback ("Poplar Group") while the second group includes Attorneys David Novack and Susan Lask ("Novack Group"). Collectively, the Court refers to these two groups as "Class Counsel[.]"

and **DENIED IN PART**. The Court grants the applications for fees but allocates the fee in a manner consistent with the Report and Recommendation: $742,500 to the Poplar Group and $157,500 to the Novack Group. Costs are also apportioned consistent with the Report and Recommendation: $20,068.80 to the Poplar Group and $4,931.20 to the Novack Group.

**SO ORDERED.**


At Camden, New Jersey

_s/ Noel L. Hillman_____
NOEL L. HILLMAN, U.S.D.J.